**DLA PIPER LLP (US)**
MARIA C. RODRIGUEZ (SBN 194201)
maria.rodriguez@dlapiper.com
BENJAMIN M. GIPSON (SBN 222830)
ben.gipson@dlapiper.com
NICK S. PUJJI (SBN 259571)
nick.pujji@dlapiper.com
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Telephone:  213.330.7700
Facsimile:   213.330.7701

Attorneys for Plaintiff
TAMARA DEIKE

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

February 12, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DEIKE, an individual residing in California,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLAYNETWORK INC., a Washington corporation doing business in California,<br><br>　　　　Defendant. | CASE NO.  2:16-cv-00215-SJO-RAOx<br><br>**ORDER DISMISSING CASE** |

WEST\268186364.1

1  The Court, having considered the Parties' Stipulation For An Order
2  Dismissing Case, the records and file herein, and good cause appearing therefor,

3  IT IS HEREBY ORDERED that the above-captioned case is dismissed in its
4  entirety with prejudice, and without an award of costs or attorneys' fees or costs to
5  any party.

6  **IT IS SO ORDERED.**

8  DATED February 12, 2016.

*S. James Otero*

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT
JUDGE

*Presented by:*

**DLA PIPER LP (US)**
Attorneys for Plaintiff

By  /s/ BENJAMIN M. GIPSON
    Benjamin M. Gipson

WEST\268186364.1

-1-

[PROPOSED] ORDER DISMISSING CASE

DLA Piper LLP (US)
Los Angeles